LARNITA PETTE
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008

Telephone: (707) 853-2049

Larnita Pette in Pro Se

FILED
NOV 20 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>**BEVERLY MONIQUE MURRAY-CALCOTE**<br>    Debtor, | Chapter 7<br><br>Case No.: 2:17-bk-11972-RK<br><br>Adv. No.: 2:17-ap-01488-RK |
| Larnita Pette<br>    Plaintiff<br>vs.<br>Beverly Monique Murray-Calcote<br>    Defendant | **PLAINTIFF LARNITA PETTE'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** |

**BY FAX**

PLAINTIFF Larnita Pette referred to below as the "disclosing party" hereby submits the following disclosures in accordance with Federal Rule of Civil Procedure 26 ("Rule 26").

1

PLAINTIFF LARNITA PETTE'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26

I.

## Rule 26(a)(1)(A)(i)

The names and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support her claims or defenses unless the use would be solely for impeachment (Exhibit 1)

II.

## Rule 26(a)(1)(A)(ii)

A description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in her possession, custody, or control and may use to support her claim or defenses, unless the use would be solely for impeachment (Exhibit 2).

III.

## Rule 26 (a)(1)(A)(iii)

The computation of damages for the pending lawsuits filed with the San Diego County Superior Court and the Orange County Superior Court. The documents on which the computations were based are part of a creditor Proof of Claim filed by the disclosing party the Bankruptcy estate of Beverly Monique Murray-Calcote on November 17, 2017. A Summary of the Proof of Claim is listed bellow:

Proof of Claim Summary

| | | |
|---|---|---|
| 1. | **San Diego County Superior Court**: Case Number: 37-2015-00015654-CU-PO-CTL | $507,029.11 |
| 2. | **Orange County Superior Court**: Case Number: 30-2016-00863391-PR-TR-CJC | $198,022.06 |
| 3. | **TOTAL** | $705,051.17 |

///

///

///

2

PLAINTIFF LARNITA PETTE'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26

## IV.

### Rule 26(a)(1)(A)(iv)

As far as know, there is no insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment. Discovery is ongoing.

DATED: November 19, 2017

_____
LARNITA PETTE in Pro Se

3

PLAINTIFF LARNITA PETTE'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26

# EXHIBIT 1

## Rule 26(a)(1)(A)(i) Disclosures

| Name | Contact Information | Subject Matter |
|---|---|---|
| Cynthia McNamee | | Contacts, 9/26/14 reception |
| Sheri Madison-Johnson | | 9/26/14 reception |
| Kevin Sanders | | Decedent's violence behavior; |
| Beverly J. Madison | | Bobbye J. Rives Bi-Polar |
| Joseph Calcote | Saxxon and Associates, Inc. | Listing and sale of 363 Cerro St. property |
| Lisa Mitchell | | 9/26/14 reception |
| George Sanders | Dallas, Texas | Assaulted by Bobbye J. Rives; 9/26/14 reception |
| Russell Griffith, Esq. | Rochelle and Griffith | |
| Lois Kelly, Esq. | Law Office of Lois Brown Kelly | TPO response; R. Griffith communications |
| Rosita Coble | | Bobbye J. Rives violent behavior |
| David Wells | Eternal Hill Mortuary | Funeral Director |
| George Marones | Eternal Hills Mortuary | Distribution of Ashes |
| Ingrid Pasco | Keller Williams Carlsbad | Buyer's Agent Details 363 Cerro |
| Marie-Noelle Gheradi | 363 Cerro Street | Buyer |
| Bruno Gherardi | 363 Cerro Street | Buyer |
| Ed Kirkman | 359 Cerro Street | Paid $1,000 for watching Residence which had an operational monitored Security System installed; Declaration Anti-SLAPP Motion |
| Jacinta Kirkman | 359 Cerro Street | Paid $1,000; Declaration Anti-SLAPP Motion |
| Renu Singh | 369 Cerro Street | 12/26/14 Defendent |
| Ganz Chockalingham | 369 Cerro Street | Pette Gormutt Advisor; 12/26/14 text |
| Rosalyn Baxter-Jones, MD | | Long term Rives family friend Contact with Sanders/Calcote re: B. Rives and B. Madison |
| Dr. Noli Cava MD | | B. Rives PCP; 2011- death notation of Rives dementia; 5/14 tried to |

1

| | | |
|---|---|---|
| | | refer to psychiatrist-Rives refused. |
| Jeffery Wasserstrom, MD | | Ophthalmologist treated B. Rives; considered non-compliant patient |
| Nicholas Zubyk, MD | | Ophthalmologist treated B. Rives; 5/15 letter to Wasserstrom noted that B Rives was totally confused re: medication protocol; considered non-compliant patient |
| Raymond Fink, MD | | Endocrinologist, noted dementia in diagnosis notes |
| James Sinclair, MD | | Hematologist |
| PengFeng Du, MD | | Cardiologist |
| Louis Ventura, Esq. | | Anti-SLAPP motion filed 2/23/14. |
| Joseph Calcote | Saxxon and Associates, Inc. | Listing Agent for sale of 363 Cerro Street |
| Tim Brennan | H.R. Block, Encinitas, CA | B. Rives2014 tax preparer; expressed concerns to Pette re: Rives comprehension. |
| Donna Arnicar, RN | | Called to home by Pette Witnessed B. Rives removed from 363 Cerro Street 2/16/11; Affadavit filed with 8/12/14 TPO response. |
| Terry | CVS Pharmacy, Encinitas, CA | CVS pharmacy Clerk interacted with B. Rives for over 25 years. |
| Laura Marking | | Long term neighbor to John and Bobbye Rives |
| Tina Buchanan, MSW | Vital Care Home Health | Referrals to Dr. Cava and APS for Psychological follow-up for B. Rives and Pette; Pette agreed; Rives refused. |
| Anna Barasas, RN | Case manager for Vital Care Home Health | Suggested anti-anxiety medication for B. Rives. |
| Michelle Schatel, MFT | Southern Caregivers Resource Center- Case manager for Pette | 7/17/14-Made referral to APS on behalf of Pette after overhearing Rives |

2

| | | |
|---|---|---|
| | | threaten Pette while Pette was on phone updating her on events of 7/13-7/15/2014. |
| Lynn Baum | Advanced Hearing Care Encinitas, CA 92024 | Audiologist for B. Rives |
| Rhonda A. Sanders | | Calcote's cousin |
| Theresa Whetstone | | Overheard B. Rives verbal abuse of Pette multiple times. |
| Patty Fernandez | Baldwinsville, NY | Overheard B. Rives verbal abuse of Pette; attempted to reason with B. Rives. |
| Margo Sanders-Randle | San Diego, CA | 9/26/14 reception |
| Ronald Randle | San Diego, CA | 9/26/14 reception |
| Rev. Patrick Wafer | San Diego, CA | October 12, 2014 storage |
| Ann Rives | Durham, NC | 2013 letter to B. Rives expressing concerns; overheard verbal abuse of Pette; attempts to reason with Rives |
| Karen Raposa | Wells Fargo Bank | 40 year banking relationship with John and Bobbye Rives bank employees noticed B. Rives declining. |
| Loren Ibarra | Wells Fargo Bank | 10 year banking relationship with John/Bobbye Rives |
| Rev. Brenda Sharp | | Bobbye J. Rives Trust |
| Christine Davies PERT | San Diego County Sheriff Dept. | 12/20/10, 7/15/14, 7/22/14 response; 7/15/14 voicemail for Pette |
| Shelly Sharp | | 9/26/14 Reception |
| Sherice Sharp | | 9/26/14 Reception |

3

# EXHIBIT 2

## Rule 26(a)(1)(A)(ii) Disclosures

"Residence" refers to 363 Cerro Street, Encinitas, CA 92024

| Document Description | Location |
|---|---|
| Pette 2011, 2013, 2014-Cell Phone records - Calcote/Pette calls | Pette |
| 7/15/14 Christine Davies PERT voicemail left for Pette re: B. Rives | Pette |
| 9/1/14 multiple conversations with Calcote re: Bobbye Rives, condition and status | Calcote, Pette |
| 9/1/14 B. Rives Hospital Admission Authorization signed by Calcote as DPOAHC | Calcote, Sanders, Pette, Attorneys, Scripps Encinitas Memorial Hospital |
| Russell Griffith faxed DPOAHC to hospital on 9/2/14 | Scripps Encinitas Memorial Hospital, Calcote, Sanders, Griffith |
| 9/7/14 Calcote visit to LVDC SNF to see B. Rives while telling Pette "she did not know where her mother was taken by Sanders when she was released from the hospital." | LVDC records, Calcote, Pette |
| September 14, 2014 Bobbye J. Rives died. | LVDC Skilled Nursing Facility, Dr. Givens Medical Director LVDC, Sanders, Eternal Hills Mortuary, George Sanders, Kevin Sanders, Ed Kirkman, Russell Griffith, |
| November 12, 2012 defamatory letter drafted by Russell Griffith, Esq. | Eternal Hills Mortuary, Scripps Hospital, R. Griffith, Sanders, Calcote, Pette |
| September 16, 2014 letter drafted by Russell Griffith, Esq. | R. Griffith, Sanders, Calcote, Eternal Hills Mortuary, Calcote, Sanders, Pette |
| September 19, 2014 appointment of Trustees Russell Griffith letter | Trust beneficiaries, Sanders, Calcote |

1

| | |
|---|---|
| Communications R. Griffith and L. Kelly re: retrieving Pette's personal property in Residence 9/14 to 11/14. | Attorneys Griffith and Kelly, Calcote, Sanders, Pette |
| Calcote contacts re: IA American Life Insurance policy naming Pette beneficiary; failure to notify Pette of existence of policy 9/24/14. | Calcote, Sanders, Pette |
| Purchase offer for Residence 11/14 | Calcote, Sanders, Saxxon and Assoc. Joseph Calcote, Pette, Metro Escrow, Keller Williams, Gherardi |
| Residence sold "as is". | Calcote, Sanders, Saxxon & Assoc. Joseph Calcote |
| There was no mortgage on the Residence. | Calcote, Sanders, Saxxon & Assoc Joseph Calcote. Sanders, Pette |
| 12/21/14 text message from Sanders – Residence is sold. | Pette |
| 12/18/14 voicemail from Cynthia McNamee calling for Calcote | Pette |
| 12/21/14 voicemail form C. McNamee calling for Calcote | Pette |
| 12/26/14 Text pictures of Bobbye Rives headstone with cemetery plot location-The first and only information from Calcote. | Pette |
| 12/26/14 text message from Ganz Chockalingham; Calcote entered shed at Residence which was sold on 12/16/14 and left key with his wife | Pette |
| January 2014 Russell Griffith letter to Ann Rives-No appraisal, Residence sold for more than comparable homes. | A. Rives, Calcote, Sanders Griffith, Pette |
| 12/20/14 Pette's first request for Trust Preliminary Accounting | Griffith, Calcote, Sanders |
| Russell Griffith communications | Griffith, Calcote, Sanders, Pette |

2

| | |
|---|---|
| with Pette re: Distributions to the beneficiaries of the Trust and Preliminary Accounting 1/15-3/15. | |
| 3/20/15 Text from Sanders; 1st partial distribution mailed to Pette beneficiaries on 3/19/15 | Griffith, Calcote, Sanders, Pette |
| SDCSC Complaint filed May 8, 2015 | Sanders, Calcote, Griffith, Pette Attorneys |
| Communications with IA American Life Insurance regarding letter mailed to Pette notifying her that the claim form mailed to Calcote had not been received 6/15. | Pette |
| Calcote SDCSC Interrogatory responses, Srogs, Frogs, RFP, RFA, received. | Calcote, Pette, Attorneys |
| Calcote DPOAHC provided in response to RFP. | Calcote, Sanders, Pette Attorneys |
| Subpoenas issued by Pette | Calcote, Sanders, Pette, Attorneys |
| Subpoena responses received | Pette and Attorneys Abbott, Blea |
| Stipulation and Order for release of Bobbye J. Rives Adult Protective Services (APS) Records issued 12/1/15 | Calcote, Sanders, Pette, Attorneys |
| Chris Albence Trust Preliminary Accounting and letter dated 12/11/2015 | Calcote, Sanders, Pette, Attorneys |
| SDCSC FAC filed 12/30/15 | Sanders, Calcote, Pette, Attorneys |
| Calcote Amended Answer to SDCSC Complaint | Calcote, Sanders, Pette Attorneys |
| APS Records available 1/26/16 | Calcote, Sanders, Pette, Attorneys |
| Bobbye J. Rives Trust bank statements (redacted by Calcote, Sanders) | Calcote, Sanders, Pette, Attorney Abbott |
| Communications re: request and delay for Pette's 2nd distribution | Attorneys Abbott and Albence, Calcote, Sanders, Pette |

3

| | |
|---|---|
| from Trust and trust accounting 10/6/15 to 11/19/15. | |
| Bobbye J. Rives Trust Preliminary Accounting 12/11/15 | Calcote, Sanders, Pette, Beneficiaries, Attorneys |
| January 20, 2016 Calcote and Sanders were seriously considering filing for BK within next 60 days. | Hosey, Albence, Abbott, Blea, Sanders, Calcote, Pette |
| Louis Ventura association of counsel for Anti-SLAPP motion dated 2/23/2014 | Calcote, Sanders, Pette Attorneys |
| Anti-SLAPP Motion filed by Calcote and Sanders 2/24/15 | Calcote, Sanders, Pette, Attorneys |
| Calcote Declaration (Anti-SLAPP) | Sanders, Calcote, Pette, Attorneys |
| Pette Anti-SLAPP Motion Objection | Calcote, Sanders, Pette, Attorneys |
| Pette Anti-SLAPP Motion Declaration | Calcote, Sanders, Pette, Attorneys |
| Lois Kelly, Esq. Anti-SLAPP Motion Declaration | Calcote, Sanders, Pette, Attorneys |
| OCSC Petition to Remove filed 7/13/16 | Calcote, Sanders, Pette, Attorney's Abbott and Blea |
| Anti-SLAPP Motion Minute Order denying motion filed 8/23/16 | Calcote, Sanders, Pette, Attorneys |
| Calcote Amended Objections to OCSC Petition to Remove 1/6/17 | Sanders, Calcote, Pette and Attorney Abbott |
| 1/25/17 Sanders filed for Chapter 7 bankruptcy Case 8:17-bk-10265 | Pette, SDCSC and OCSC courts stays notified before initial 341(a) |
| 2/23/17 Calcote filed for Chapter 7 bankruptcy. | Pette, Attorney Abbott, SDCSC and OCSC notified after initial 341(a) of stays |

4

## PROOF OF SERVICE

I, _____Carol J. Spizzirri_____ (name), declare as follows. I am over the age of 18 years. My address is:

_____1930 West San Marcos Blvd., Sp 285_____
_____San Marcos, CA 92078_____

On __November 19, 2017__ (date), I served the foregoing document described as:

**Plaintiff** _____Larn i taP ete_____'s **Initial Disclosures Pursuant to FRCP 26**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in _____Encinitas_____, addressed to:
(city, state)

| | |
|---|---|
| Oak Tree Law (name) | Beverly M. Murray-Calcote (name) |
| Larry Fieselman, Esq. (address) | 3166 W Avenu e M2 (address) |
| 10900 183rd Street, Suite 270 (address) | Lancaster, CA 93536 (address) |
| Cerritos, CA 90703 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 19, 2017__ at _____Encinitas, CA 92024_____.
(date) (place of signing)

_____ (signature)
Carol J. Spizzirri J (name)

**Served By U. S. Mail (continued)**

Julie Villalobos
Oak Tree Law
10900 183rd Street, Suite 270
Cerritos, CA 90703

ATTORNEY FOR CHAPTER 7 TRUSTEE
Noreen A. Madoyan
Jeremy W. Faith
Margulies Faith, LLP
16030 Ventura Blvd., Suite 470
Encino, CA 91436

CHAPTER 7 TRUSTEE
Rosendo Gonzales
Gonzales & Associates, PLC
530 South Hewitt Street, Suite 148
Los Angeles, CA 90013

UNITED STATES TRUSTEE
Kenneth G. Lau
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Judge's Copy
Hon. Robert Kwan
United States Bankruptcy Court
255 E. Temple Street, Room 940
Attn: Mail Room Clerk-Judge's Copy