| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>OAK TREE LAW<br>LARRY FIESELMAN, ESQ., SBN 81872<br>10900 183rd Street, Suite 270<br>Cerritos CA 90703<br>Tel: (562) 741-3943<br>Fax: (562) 264-1496<br><br>☐ Debtor(s) appearing without attorney<br>x   Attorney for: Defendant | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>BEVERLY MONIQUE MURRAY-CALCOTE<br><br>                                             Debtor(s)<br><br>LARNITA PETTE,<br><br>                                             Plaintiff(s)<br>vs.<br><br>BEVERLY MONIQUE MURRAY-CALCOTE<br><br>                                             Defendant(s) | CASE NO.: 2:17-bk-11972-RK<br>CHAPTER: 7<br>ADVERSARY NO: 2:17-bk-01488-RK<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 12/05/2017<br>TIME: 1:30 p.m.<br>COURTROOM: 1675<br>ADDRESS: 255 East Temple Street<br>                   Los Angeles CA 90012 |
|---|---|

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. x   Continued to the following date for a further status conference:   *(date)* 7/7/2018   *(time)* 1:30 p.m.
   b. x   A joint status report must be filed and served, including a judge's copy, by *(date)*: 7/10/2017
   c. ☐   The last day to join other parties and to amend pleadings is *(specify date)*: _____
   d. ☐   The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____
   e. ☐   The last date for pre-trial motions to be heard is *(date)*: _____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 1                          F 7016-1.2.ORDER.STATUS.CONF

f. x The last day for discovery to be completed, including receiving responses to discovery requests, is (date): <u>6/30/2018</u>

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (date) _____ (time) _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for (date) _____ (time) _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial (specify number of hours): _____

j. ☐ A trial is set for (date) _____ (time) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice  ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. x Other (specify): Case ordered to mediation; mediator must be selected no later than 1/31/2018 and mediation completed by 7/17/2018

### 

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                           Page 2                          F 7016-1.2.ORDER.STATUS.CONF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10900 183rd Street, Suite 270, Cerritos CA 90703

A true and correct copy of the foregoing document entitled (*specify*): STATUS CONFERENCE AND
SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/06/2017 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/06/2017 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/06/2017 | LARRY FIESELMAN | /S/ LARRY FIESELMAN |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

# ATTACHMENT TO PROOF OF SERVICE OF JOINT STATUS REPORT

Served by the Court Via Notice of Electronic Filing

*United States Trustee*
Ustpregion16.la.ecf@usdoj.gov

*Counsel for Office of the U.S. Trustee*
Kenneth.G.Lau@usdoj.gov

*Chapter 7 Trustee*
rgonzalez@ecf.epiqsysems.com
vbowen@gonzalezplc.com
khernandez@gonzalezplc.com
rossgonzalez@gonzalezplc.com

*Counsel for Chapter 7 Trustee*
Jeremy@marguiliesFaithlaw.com
Helen@marguliesFaithlaw.com
Noreen@marguiliesFaithlaw.com
Victoria@marguiliesFaithlaw.com
Brian@marguiliesFaithlaw.com

By Regular U.S. Mail

THE HON. ROBERT KWAN, JUDGE
UNITED STATES BANKRUPTCY COURT
255 East Temple Street, Room 940
Los Angeles CA 90012
Attn: Mail Room Clerk-Judges Copies

Larnita Pette
2588 El Camino Real, Suite F-195
Carlsbad CA 92008
(Plaintiff)