| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LARRY FIESELMAN, ESQ., SBN 81872<br>OAK TREE LAW<br>10900 183rd Street, Suite 270<br>Cerritos CA 90703<br>Telephone: (562) 741-3943<br>Facsimile: (562) 264-1496 | **FILED & ENTERED**<br><br>**DEC 13 2017**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell  DEPUTY CLERK |
| ☐ *Debtor(s) appearing without attorney*<br>x   *Attorney for*: Defendant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*LOS ANGELES* DIVISION**

| In re:<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>                                                           Debtor(s)<br><br>LARNITA PETTE,<br><br>                                                           Plaintiff(s)<br>vs.<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>                                                           Defendant(s) | CASE NO.: 2:17-bk-11972-RK<br>CHAPTER: 7<br>ADVERSARY NO: 2:17-bk-01488-RK<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 12/05/2017<br>TIME:  1:30 p.m.<br>COURTROOM: 1675<br>ADDRESS: 255 East Temple Street<br>                   Los Angeles CA 90012 |
|---|---|

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

   a.  x    Continued to the following date for a further status conference:    (*date*) 7/17/2018,    (*time*) 1:30 p.m.

   b.  x    A joint status report must be filed and served, including a judge's copy, by (*date*): 7/10/2018.

   c.  ☐    The last day to join other parties and to amend pleadings is (*specify date*):

   d.  ☐    The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*):

   e.  ☐    The last date for pre-trial motions to be heard is (*date*):

   f.  ☒    The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): June 30, 2018

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014* | Page 1 | **F 7016-1.2.ORDER.STATUS.CONF**

g. ☐  A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*):_____  (*time*) _____
    ☐ No pre-trial stipulation or pre-trial order is required

h. ☐  A pre-trial conference is set for (*date*) _____  (*time*) _____
    ☐ No pre-trial conference is required

i. ☐  Estimate of time for trial *(specify number of hours)*: _____

j. ☐  A trial is set for (*date*) _____  (*time*) _____

k. ☐  The adversary proceeding is dismissed for failure to appear or prosecute
    ☐ with prejudice    ☐ without prejudice

l. ☐  Notice of next status conference or pre-trial conference date is waived

m. x  Other (*specify*): The parties are ordered to mediation. An order appointing a mediator and an alternate mediator shall be lodged no later January 31, 2018. Mediation shall be completed on or before July 17, 2018.

###

Date: December 13, 2017

_____
Robert Kwan
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                    Page 2                    F 7016-1.2.ORDER.STATUS.CONF