United States Bankruptcy Court
Central District of California

Pette,
    Plaintiff

Adv. Proc. No. 17-01488-RK

Murray-Calcote,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: mbakchell    Page 1 of 1    Date Rcvd: Dec 13, 2017
                 Form ID: pdf031    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
dft          +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841
pla          +Larnita Pette,    2588 El Camino Real Ste F-195,    Carlsbad, CA 92008-1211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
      Julie J Villalobos    on behalf of Defendant Beverly Monique Murray-Calcote julie@oaktreelaw.com,
       oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
      Noreen A Madoyan    on behalf of Interested Party    Courtesy NEF Noreen@MarguliesFaithLaw.com,
       Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
      Rosendo   Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,    vbowen@gonzalezplc.com,
       rossgonzalez@gonzalezplc.com
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>LARRY FIESELMAN, ESQ., SBN 81872<br>OAK TREE LAW<br>10900 183rd Street, Suite 270<br>Cerritos CA 90703<br>Telephone: (562) 741-3943<br>Facsimile: (562) 264-1496<br><br>☐ *Debtor(s) appearing without attorney*<br>x    *Attorney for*: Defendant | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 13 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell  DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA –*LOS ANGELES* DIVISION** ||
| In re:<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br><div align="right">Debtor(s)</div>LARNITA PETTE,<br><br><div align="right">Plaintiff(s)</div>vs.<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br><div align="right">Defendant(s)</div> | CASE NO.: 2:17-bk-11972-RK<br>CHAPTER: 7<br>ADVERSARY NO: 2:17-bk-01488-RK<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 12/05/2017<br>TIME:  1:30 p.m.<br>COURTROOM: 1675<br>ADDRESS: 255 East Temple Street<br>            Los Angeles CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

   a.   x   Continued to the following date for a further status conference:   (*date*) 7/17/2018,    (*time*) 1:30 p.m.

   b.   x   A joint status report must be filed and served, including a judge's copy, by (*date*): 7/10/2018.

   c.   ☐   The last day to join other parties and to amend pleadings is (*specify date*):

   d.   ☐   The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*):

   e.   ☐   The last date for pre-trial motions to be heard is (*date*):

   f.   ☒   The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): June 30, 2018

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                        Page 1                            **F 7016-1.2.ORDER.STATUS.CONF**

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*):_____ (*time*) _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial (*specify number of hours*): _____

j. ☐ A trial is set for (*date*) _____ (*time*) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice   ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. x  Other (*specify*): The parties are ordered to mediation. An order appointing a mediator and an alternate mediator shall be lodged no later January 31, 2018. Mediation shall be completed on or before July 17, 2018.

###

Date: December 13, 2017

Robert Kwan
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF