| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julie J. Villalobos 263382**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br><br>California State Bar Number: **263382**<br><br>☐ Individual appearing without attorney<br>☑ Attorney for | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Beverly Monique Murray-Calcote**

Debtor(s).

Plaintiff(s),

vs.

Defendant.

CASE NO.: **2:17-bk-11972-RK**
CHAPTER: **7**
ADVERSARY NO.:   **2:17-ap-01488-RK**

**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**
**RE:** (title of motion[1]):

__**ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**__

PLEASE TAKE NOTE that the order or judgment titled __**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**__ was lodged on (date) __**1/30/2018**__ and is attached. This order relates to the motion which is docket number __**13**__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 1                **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10900 183rd Street
Suite 270
Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/30/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **1/30/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 30, 2018** | **Julie J. Villalobos 263382** | **/s/ Julie J. Villalobos** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.ADV.NOTICE.LODGMENT**

Served by the Court Via Notice of Electronic Filing

*United States Trustee*
Ustpregion16.la.ecf@usdoj.gov

*Counsel for Office of the U.S. Trustee*
Kenneth.G.Lau@usdoj.gov

*Chapter 7 Trustee*
rgonzalez@ecf.epiqsysems.com
vbowen@gonzalezplc.com
khernandez@gonzalezplc.com
rossgonzalez@gonzalezplc.com

*Counsel for Chapter 7 Trustee*
Jeremy@marguiliesFaithlaw.com
Helen@marguiliesFaithlaw.com
Noreen@marguiliesFaithlaw.com
Victoria@marguiliesFaithlaw.com
Brian@marguiliesFaithlaw.com

By Regular U.S. Mail

THE HON. ROBERT KWAN, JUDGE
UNITED STATES BANKRUPTCY COURT
255 East Temple Street, Room 940
Los Angeles CA 90012
Attn: Mail Room Clerk-Judges Copies

Larnita Pette
2588 El Camino Real, Suite F-195
Carlsbad CA 92008
(Plaintiff)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                             Page 3                             **F 9021-1.2.ADV.NOTICE.LODGMENT**