| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>OAK TREE LAW<br>LARRY FIESELMAN<br>10900 183rd Street, Suite 270<br>Cerritos CA 90703<br>Tel: (562) 741-3943<br>Fax: (562) 264-1496<br><br><br><br>*Attorney for* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 31 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** tatum    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – _LOS ANGELES_ DIVISION**

| In re:<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br><div align="right">Debtor(s).</div><br><br>LARNITA PETTE,<br><br><div align="right">Plaintiff(s),</div><br><div align="center">vs.</div><br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br><div align="right">Defendant.</div> | CASE NO.: 2:17-bk-11972 RK<br>CHAPTER: 7<br>ADVERSARY NO.: 2:17-ap-01488 RK<br><br>**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☐ **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |
|---|---|

This _Adversary Proceeding_
　　　(Adversary proceeding/name of dispute in main case)

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| JOAN B. KESSLER | JEFFREY I. GOLDEN |
| Name | Name |
| KESSLER & KESSLER | LOBEL, WEILAND, GOLDEN, FRIEDMAN, LLP |
| Firm name | Firm name |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　　　　　**F 702**

1880 Century Park East, Suite 1402
Address

Los Angeles CA 90067
City, state, zip code

(310) 392-3044
Telephone

(310) 396-7576
Facsimile

jkessler@jamsadr.com
Email address

650 Town Center Dr., Suite 950
Address

Costa Mesa CA 92626
City, state, zip code

(714) 966-1000
Telephone

(714) 966-1002
Facsimile

jgolden@lwgfllp.com
Email address

The attorneys for the parties are:

Attorney for Plaintiff:

Larnita Pette, in pro per
Name

_____
Firm name

2588 El Camino Real, Suite F-195
Address

Carlsbad CA 92008
City, state, zip code

(707) 853-2049
Telephone

None
Facsimile

larnita.pette@gmail.com
Email address

Attorney for Defendant:

Larry Fieselman
Name

Oak Tree Law
Firm name

10900 183rd Street, Suite 270
Address

Cerritos CA 90703
City, state, zip code

(562) 741-3943
Telephone

(562) 264-1496
Facsimile

Larry@oaktreelaw.com
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                    Page 2                                    **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   - ☐ Objection to plan confirmation
   - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☒ Dischargeability
   Specify grounds: *False oath, willful and malicious damages*

8. ☐ Other. Please specify: _____

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☒ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $ _____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

   a. If Order is submitted to court by party(ies)

      (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

      (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                Page 3                                **F 702**

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b. <u>If Order is prepared by the judge:</u>

    (1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

    (2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

    (3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

<div style="text-align:center">###</div>

Date: January 31, 2018

_____
Robert Kwan
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*     Page 4     **F 702**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>OAK TREE LAW<br>LARRY FIESELMAN<br>10900 183rd Street, Suite 270<br>Cerritos CA 90703<br>Tel: (562) 741-3943<br>Fax: (562) 264-1496<br><br><br>*Attorney for* BEVERLY MONIQUE MURRAY-CALCOTE | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**

| In re:<br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>Debtor(s).<br><br>LARNITA PETTE,<br><br><br><br>Plaintiff(s),<br>vs.<br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br><br><br>Defendant. | CASE NO.:2:17-bk-11972<br>CHAPTER: 7<br>ADVERSARY NO.:2:17-ap-01488<br><br>**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☐ EXHIBIT ATTACHED<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |
|---|---|

This **Adversary Proceeding**
(Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:
JOAN B. KESSLER
Name
KESSLER & KESSLER
Firm name

Alternate mediator:
JEFFREY I. GOLDEN
Name
LOBEL, WEILAND, GOLDEN, FRIEDMAN, LLP
Firm name

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 1    F 702

1880 Century Park East, Suite 1402
Address
Los Angeles CA 90067
City, state, zip code
(310) 392-3044
Telephone
(310) 396-7576
Facsimile
jkessler@jamsadr.com
Email address

650 Town Center Dr., Suite 950
Address
Costa Mesa CA 92626
City, state, zip code
(714) 966-1000
Telephone
(714) 966-1002
Facsimile
jgolden@lwgfllp.com
Email address

The attorneys for the parties are:

Attorney for Plaintiff
Larnita Pette, in pro per
Name

Firm name
2588 El Camino Real, Suite F-195
Address
Carlsbad CA 92008
City, state, zip code
(707) 853-2049
Telephone
None
Facsimile
larnita.pette@gmail.com
Email address

Attorney for Defendant
Larry Fieselman
Name
Oak Tree Law
Firm name
10900 183rd Street, Suite 270
Address
Cerritos CA 90703
City, state, zip code
(562) 741-3943
Telephone
(562) 264-1496
Facsimile
Larry@oaktreelaw.com
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 2    F 702

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   - ☐ Objection to plan confirmation
   - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☒ Dischargeability
   Specify grounds: _____
   False oath, willful and malicious damages
8. ☐ Other. Please specify: _____


Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☒ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $ _____
10. ☐ Money not at issue.


Instructions from the Court:

1. Re: filing and service of this Order:

   a. If Order is submitted to court by party(ies)

      (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

      (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

    b.   <u>If Order is prepared by the judge:</u>

        (1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

        (2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

        (3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.   <u>Other: [Attach additional page(s) if necessary.]</u>


The parties are to comply with the provisions of Third Amended General Order No. 95-01.


IT IS SO ORDERED:


Date: _____

                                           **United States Bankruptcy Judge**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017          Page 4          F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 1/19/2018

LARNITA PETTE
Printed name of party

*[signature: Larnita Pette]*
Signature of party

Date: 1/19/2018

LARNITA PETTE, in Pro Se
Printed name of party's attorney

*[signature: Larnita Pette]*
(Signature of party's counsel)

Date: 1-25-18

BEVERLY MONIQUE MURRAY-CALCOTE
(Name of party)

*[signature]*
(Signature of party)

Date: 1/22/18

LARRY FIESELMAN
(Name of party's counsel)

*[signature]*
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                    Page 5                                    F 702

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10900 183rd Street, Suite 270, Cerritos CA 90703

A true and correct copy of the foregoing document entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __1/25/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL** (indicate method for each person or entity served):
On (*date*) __1/25/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator: Joan B. Kessler, Esq., 1880 Century Park East, Suite 1402
Alternate Mediator: Jeffrey I. Golden, Esq., 650 Town Center Drive, Suite 950, Costa Mesa CA 92626
Honorable Barry Russell, Mediation Program Administrator - 255 E. Temple, Room 1660, Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/25/2018 | LARRY FIESELMAN | /s/ Larry Fieselman |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                    Page 6                                    **F 702**

# ATTACHMENT TO PROOF OF SERVICE OF JOINT STATUS REPORT

<u>Served by the Court Via Notice of Electronic Filing</u>

*United States Trustee*
Ustpregion16.la.ecf@usdoj.gov

*Counsel for Office of the U.S. Trustee*
Kenneth.G.Lau@usdoj.gov

*Chapter 7 Trustee*
rgonzalez@ecf.epiqsysems.com
vbowen@gonzalezplc.com
khernandez@gonzalezplc.com
rossgonzalez@gonzalezplc.com

*Counsel for Chapter 7 Trustee*
Jeremy@marguiliesFaithlaw.com
Helen@marguliesFaithlaw.com
Noreen@marguiliesFaithlaw.com
Victoria@marguiliesFaithlaw.com
Brian@marguiliesFaithlaw.com

<u>By Regular U.S. Mail</u>

THE HON. ROBERT KWAN, JUDGE
UNITED STATES BANKRUPTCY COURT
255 East Temple Street, Room 940
Los Angeles CA 90012
Attn: Mail Room Clerk-Judges Copies

Larnita Pette
2588 El Camino Real, Suite F-195
Carlsbad CA 92008
(Plaintiff)

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 1/19/2018

LARNITA PETTE
Printed name of party

/s/Larnita Pette
Signature of party

Date: 1/19/2018

_____
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: 1/25/2018

BEVERLY MONIQUE MURRAY-CALCOTE
(Name of party)

/s/ Beverly Monique Murray-Calcote
(Signature of party)

Date: 1/22/2018

LARRY FIESELMAN
(Name of party's counsel)

/s/Larry Fieselman
(Signature of party's counsel)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*    Page 5    **F 702**